UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
K-BEECH, INC.,

                    Plaintiff,

-against-

JOHN DOES 1-37,

                    Defendants.
-------------------------------------------------------------------x

Civil Action No. 2:11-cv-03995

**DOE DEFENDANT 32's MOTION TO QUASH SUBPOENA PURSUANT TO FED. R. CIV. P. 45(c)(3)**

**NOTICE OF MOTION**

TO:    All interested parties

PLEASE TAKE NOTICE that Defendant, "JOHN DOE # 32," will move before The Honorable A. Kathleen Tomlinson, in the United States District Court for the Eastern District of New York (Central Islip) located at 290 Federal Plaza, Central Islip, New York 11722, on a date and time to be set by the Court or as soon as possible thereafter for an order granting Defendant's Motion to Quash Subpoena Pursuant to Fed. R. Civ. P. 45 (c)(3).

Dated: October 17, 2011
New York, New York

*[signature: Geisa Balla]*
Geisa Balla, Esq.
Wong Wong & Associates, P.C.
150 Broadway, Suite 1588
New York, NY 10038
(212) 566-8080
gballa@wongwonglaw.com
*Attorneys for Defendant John Doe #32*