UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
K-BEECH, INC.,

               Plaintiff,

-against-

JOHN DOES 1-37,

               Defendants.
------------------------------------------------------------x

Civil Action No. 2:11-cv-03995

**PROPOSED ORDER GRANTING MOTION TO QUASH SUBPOENA AS AGAINST DOE DEFENDANT 32**

**THIS MATTER** having been brought before the Court upon Plaintiff's Motion for Leave to Serve the Third Party Subpoenas Prior to a Rule 26(f) Conference (the "Motion"), and Defendant John Doe # 32's Motion to Quash the Subpoena, the Court being duly advised in the premises thereof, and for other good cause shown;

**IT IS** on this _____ day of _____, 2011,

**ORDERED** that Doe Defendant 32's Motion to Quash the Subpoena served upon third party, Verizon, shall be granted;

**IT IS FURTHER ORDERED** that a copy of this Order shall be transmitted to all interested parties, including third party, Verizon.

**Date:  Central Islip, New York**

        _____, **2011**

                                                  **SO ORDERED.**

                                                  _____
                                                  **A.  Kathleen Tomlinson**
                                                  **United States Magistrate Judge**