UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| K-BEECH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-CV-3995 (DRH) |
| | ) | |
| JOHN DOES 1-37, | ) | |
| | ) | |
| *Defendants.* | ) | |

**APPEARANCE OF COUNSEL**

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for defendant, SUSAN M. ZULKOFSKE, sued herein as "JOHN DOE 35."

Dated:  Babylon, New York
         January 23, 2012

                                               /s/ James D. Murtha
                                               James D. Murtha, Esq. (JM9930)
                                               MURTHA & MURTHA, PLLC
                                               26 Railroad Avenue # 351
                                               Babylon, New York 11702-2204
                                               jmurtha@murthalawfirm.com
                                               (631) 747-0356

*Filed and Served*
*via CM/ECF*

# Certificate of Service

I hereby certify that on January 23, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

>Frederic R. Abramson, Esq. (FA3918)
>LAW OFFICE OF FREDERIC R. ABRAMSON
>160 Broadway, Room 500
>New York, New York 10038-4218
>fabramson@abramsonlegal.com
>(212) 233-0666

Dated: Babylon, New York
January 23, 2012

>/s/ James D. Murtha
>James D. Murtha, Esq. (JM9930)
>MURTHA & MURTHA, PLLC
>26 Railroad Avenue # 351
>Babylon, New York 11702-2204
>jmurtha@murthalawfirm.com
>(631) 747-0356