UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                              :
K-BEECH, INC.,                                                :
                                                              :        Civil Action No. 2:11-cv-03995
                                                              :
                                      Plaintiff,              :
                                                              :
               vs.                                            :
                                                              :
JOHN DOES 1-37,                                               :
                                                              :
                                      Defendants.             :
                                                              :
---------------------------------------------------------------X

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DOE 5 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 5.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Doe Defendant 5 from this action <u>with prejudice</u>.  John Doe 5 was assigned the IP Address 24.184.146.247.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant Doe 5 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

DATED this 21st day of February, 2012

                                        Respectfully submitted,

                                        LAW OFFICE OF FREDERIC R. ABRAMSON

                          By:     /s/ *Frederic R. Abramson*
                                        Frederic R. Abramson (FA3918)
                                        Attorneys for Plaintiff
                                        160 Broadway, Suite 500
                                        New York, NY 10038
                                        (P) 212-233-0666
                                        (F) 212-267-7571
                                        Email: fabramson@abramsonlegal.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Frederic R. Abramson*